

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00241-CV

Elizabeth **LEAL** and All Other Occupants,
Appellant

v.

**SCG LASSES TOWNHOMES, LLC** Successor-in-Interest to Lasses 44, LLC, d/b/a The
Townes,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV02045
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: June 5, 2024

DISMISSED FOR LACK OF JURISDICTION

Our appellate jurisdiction is generally limited to review of final judgments and interlocutory orders that are made appealable by statute. *See, e.g.*, *CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011). Here, appellant seeks to appeal a March 28, 2024 "Order for Immediate Issuance of a Writ of Possession." *See* TEX. R. CIV. P. 510.9(c)(5)(B)(iv). The challenged order specifies, "Plaintiff's claims for rent and other damages are reserved for the time of trial." Accordingly, the order does not appear to be a final judgment that disposes of all pending claims between the parties. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The

order also does not appear to be an appealable interlocutory order, *see* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a), and the rules applicable to forcible detainer suits do not otherwise provide a mechanism for the appeal of such an order. *See* TEX. R. CIV. P. 510.9(c)(5).

On April 15, 2024, we ordered appellant to show cause in writing by April 30, 2024 why this appeal should not be dismissed for lack of jurisdiction. Appellant did not file a response to our order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM